## BILES v. SCHULTZ.
(Decided February 4, 1915.)

APPEAL from Jefferson Chancery court.

Heard before Hon. A. H. BENNERS.

BAUGH & EMERSON, for appellant. GEORGE E. BUSH, for appellee.

SAYRE, J.—Affirmed on the facts.

.ANDERSON, C. J., McCLELLAN and GARDNER, JJ., concur.